486

433 A.2d 106

Redling v. Washington Hospital, Appellant.

Argued November 11, 1980. Phillip J. Binotto, Jr., for appellant; Sanford S. Finder, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.

433 A.2d 106

Shostak, Appellant v. Franklin Life Insurance Co.

Argued June 11, 1980. John V. Hasson, for appellant; Jeffrey G. Weil, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.